**O'HAGAN MEYER LLP**
KATHERINE C. DEN BLEYKER, SBN 257187
  E-Mail: kdenbleyker@ohaganmeyer.com
ALYSON DUDKOWSKI, SBN 259728
  E-Mail: adudkowski@ohaganmeyer.com
550 S. Hope Street, Suite 2400
Los Angeles, California 90071
Telephone: 213.647.0005

Attorneys for Defendant,
WALASHEK INDUSTRIAL & MARINE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MURGAS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALASHEK INDUSTRIAL & MARINE, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: **'25CV0263 MMAJLB**<br><br>**DECLARATION OF PAUL HICKS IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446**<br><br>**[FEDERAL QUESTION JURISDICTION]**<br><br>[Filed concurrently with Notice of Removal; Declaration of Alyson Dudkowski; Certification and Notice of Interested Parties; Civil Cover Sheet]<br><br>District Judge:<br>Courtroom:<br><br>Removal Filed:<br>Action Filed:   December 19, 2024 |

I, Paul Hicks, declare as follows:

1.   I am the Southwest Regional Manager for Defendant Walashek Industrial & Marine, Inc. This declaration is offered in support of Defendant's Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Unless otherwise indicated, I state the following of my own personal knowledge or from

Defendant's business records, which are made at or near the time that the records are created and or e ecuted, are maintained in the regular course of its business. If called upon to do so, I could and would competently testify under oath to the following facts.

2.  Defendant is a private company that contracts with the federal government, specifically with the United States Department of Defense, to provide a full range of repair, maintenance, and installation services for marine vessels, stationary and marine boilers, pressure plants, and distilling plants.

3.  Defendant routinely conducts ship and boiler repair at the following military bases – Marine Corps Base Camp Pendelton ("Camp Pendelton") and Naval Base San Diego ("32nd Street"). The mechanics and other repairmen in the San Diego Regional Office perform almost all their work at these two military bases.

4.  At the times relevant to Plaintiff Kevin Murgas' Complaint, Plaintiff worked as a mechanic for Defendant. Based upon my review of Plaintiff's timesheets, Plaintiff performed the vast ma ority of his duties at Camp Pendleton or 32nd Street.

I declare under penalty of per ury that the laws of the United States of America that the foregoing is true and correct and that this declaration was e ecuted on February 5, 2025, at San Diego, California.

*Paul Hicks*
Paul Hicks