UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MURGAS, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WALASHEK INDUSTRIAL & MARINE, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 25-cv-00263-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**[ECF No. 32]** |

　　　　Before the Court is a Joint Motion to Dismiss Entire Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 32.) Plaintiff Kevin Murgas ("Plaintiff") and Defendant Walashek Industrial & Marine, Inc. jointly stipulate to dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 2.) The parties settled this case at mediation and, as part of the settlement, stipulated to amend Plaintiff's state court action to include the class claims at issue in this federal action, to obtain approval and certification in the state court action, and to dismiss this action without prejudice in its entirety. (*Id.*) Because no class has been certified in this action, Federal Rule of Civil Procedure 23 does not mandate court approval of the parties' settlement or notice to putative class members. *See Dougan v. Centerplate,*

*Inc.*, 706 F. Supp. 3d 1025, 1027–31 (S.D. Cal. 2023); *Richey v. GetWellNetwork, Inc.*, No. 3:20-cv-02205-BEN-BLM, 2021 WL 424281, at *3 (S.D. Cal. Feb. 8, 2021).

Accordingly, the parties' Joint Motion is **GRANTED**. This case is dismissed without prejudice in its entirety. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 19, 2025

Hon. Jill L. Burkhardt
United States Magistrate Judge